STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. VINCENT ZITO, DEFENDANT-PJETITIONER.

See same case below: 103 *N. J. Super.* 552.

*Mr. Stanley C. Van Ness* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. John G. Thevos* and *Mr. Robert H. Altshuler* for the respondent.

February 13, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHN F. AMICK, JR., DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

February 13, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. BRUNO JOSEPH SORIANO, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Miss Cynthia M. Jacob* for the plaintiff.

*Mr. Michael R. Imbriani* and *Mr. Robert N. Golden* for the respondent.

February 13, 1969. Granted.